# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW STARNES,<br><br>        Petitioner,<br><br>v.<br><br>STATE OF MINNESOTA,<br><br>        Respondent. | Case No. 14-cv-1159 (MJD/SER)<br><br><br>**ORDER** |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Starnes' application for habeas corpus relief under 28 U.S.C. § 2254, (ECF No. 1), be **DENIED**;

2. This action be **DISMISSED WITH PREJUDICE**; and

3. Starnes should **NOT** be granted a Certificate of Appealability.

Dated:  September 10, 2015                *s/Michael J. Davis*
                                                Michael J. Davis
                                                U.S. District Judge